IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | | |
|---|---|---|
| RONALD HUGH HUTTON, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | 1:22-cv-896 |
| | ) | |
| U.S. DEPARTMENT OF VETERANS | ) | |
| AFFAIRS, ALLI LARSEN, DREW | ) | |
| LARSEN, CYNTHIA FERRELL, | ) | |
| BETSY ORR, ELISHEVA ORRE | ) | |
| HOHTUN, CATHERINE ORR, WILL | ) | |
| FERRELL, BILL ORR, KENT BERRY, | ) | |
| JERRY BOWEN, EVAN LAST | ) | |
| NAME UNKNOWN, GENIE WINN, | ) | |
| DAVID FINN and WRAL NEWS | ) | |
| PERSONNEL, | ) | |
| | ) | |
| Defendants. | ) | |

### ORDER

On November 8, 2022, the United States Magistrate Judge's Order and Recommendation ("Recommendation") was filed and on November 8, 2022, notice was served on the parties pursuant to 28 U.S.C. § 636. (Docs. 8, 9.) No objections were filed within the time limits prescribed by Section 636.

Therefore, the court need not make a de novo review and the Magistrate Judge's Recommendation is hereby adopted.

**IT IS THEREFORE ORDERED** that Plaintiff's Complaint, (Doc. 2), be, and the same is hereby, **DISMISSED** pursuant to 28 U.S.C.

§ 1915(e)(2)(B) for being frivolous and for failing to state a claim upon which relief may be granted.

A Judgment dismissing this action will be entered contemporaneously with this Order.

This the 9th day of February, 2023.

_____
United States District Judge

- 2 -

Case 1:22-cv-00896-WO-JEP   Document 12   Filed 02/09/23   Page 2 of 2